# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2013

## NO. 03-13-00417-CV

**Robert Jackson and Carmen Jackson, Appellants**

**v.**

**First Republic, LLC and Robert Leffingwell, Appellees**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

**IT APPEARING** to this Court that the appellants have failed to make arrangements for the clerk's record to be filed, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellants pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.